Form order – ntcorder

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

In Re:  Kara Homes, Inc.
Debtor

                                Case No.: 06−19626−MBK
                                Chapter 11

Kara Homes, Inc.
Plaintiff

v.

Century Kitchens, Inc
Defendant

Adv. Proc. No. 07−01064−MBK                      Judge: Michael B. Kaplan

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

     Please be advised that on August 29, 2007, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 69 − 27
Opinion (related document:[27] Motion For Summary Judgment RE: Discharging Liens in favor of Plaintiffs and against Defendants. filed by Counter−Defendant Kara Homes, Inc., Plaintiff Kara Homes, Inc., Counter−Defendant Kara at Buckley Estates, LLC, Plaintiff Kara at Buckley Estates, LLC).. The following parties were served: Plaintiff, Plaintiff's Attorney, Defendants, Defendants' Attorneys. Signed on 8/29/2007 (mrg)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: August 29, 2007
JJW: mrg

                                                                     James J. Waldron
                                                                     Clerk